# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Auld, Lawrence P. | 2. Court or Organization<br><br>District Court, Middle District of North Carolina | 3. Date of Report<br><br>03/20/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

L. Richardson Preyer United States Courthouse
324 West Market Street
Greensboro, NC 27401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the College Board of Visitors | Wake Forest University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 03/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 03/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | L | T | | | | | |
| 2. Truliant Federal Credit Union Accounts | A | Interest | M | T | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. - Blacrock Global Allocation Fund Inc Class C MCLOX | A | Dividend | J | T | | | | | |
| 5. - Lord Abbett Bd-Deb C BDLAX | A | Dividend | J | T | | | | | |
| 6. - Neuberger & Berman Equity Income Fd Cl C NBHCX | A | Dividend | J | T | | | | | |
| 7. - Blackrock All-Cap Energy & Resources Port Cl C | | None | J | T | | | | | |
| 8. - Van Eck Global Hard Assets Fd. C | A | Dividend | J | T | | | | | |
| 9. Brokerage Account #2 (H) | | | | | | | | | |
| 10. - Blackrock Global Allocation Fund Inc. Class C MCLOX | A | Dividend | J | T | | | | | |
| 11. - Capital Income Bldr Cl A | A | Dividend | | | Sold | 6/7/12 | J | | |
| 12. - Neuberger & Berman Equity Income Fd Cl C NBHCX | A | Dividend | K | T | | | | | |
| 13. - Davis New York Venture Fund Cl A NYVTX | A | Dividend | J | T | Sold (part) | 6/7/12 | J | | |
| 14. - Smallcap World Fd A SMCWX | | None | | | Sold | 6/7/12 | J | | |
| 15. - Mutual Fund Ser. Tr. Catalyst SMH Total Return | A | Dividend | J | T | | | | | |
| 16. - Delaware Diversified Income Func Cl C | A | Dividend | J | T | Buy | 6/8/12 | J | | |
| 17. - Lord Abbett Bd - Deb C | A | Dividend | J | T | Buy | 7/2/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 03/20/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oppenheimer Devel Mkts Fnd (X) | | None | J | T | | | | | |
| 19. - Pimco all Asset Fnd Inst Cl C | A | Dividend | J | T | Buy | 6/8/12 | J | | |
| 20. IRA # 1 | B | Int./Div. | M | T | | | | | |
| 21. - AIM Invt Fds Invesco Invt Fds (formerly Imvesco Sm Cos Fd) | | | | | | | | | |
| 22. - Columbia Acorn Fund Class C LIACX | | | | | | | | | |
| 23. - Hartford Mut Fds Inc. Cap Apprec Fd Cl A ITHAX | | | | | Sold | 6/7/12 | J | | |
| 24. - ING Funds Global Real Estate Cl C IGCAX | | | | | | | | | |
| 25. - Lord Abbett Secs Tr Fundamental Equity Cl C GILAX | | | | | Sold | 6/7/12 | J | | |
| 26. - MFS Internal Diversification Fund Cl-C MDIGX | | | | | Sold | 6/7/12 | J | | |
| 27. - NB Grwth Fund Large Cap Disciplined Growth Fund Cl C NLDCX | | | | | | | | | |
| 28. - Neuberger & Berman Equity Income Fd Cl C NBHCX | | | | | | | | | |
| 29. - Oppenheimer Developing Markets Funds Cl C ODVCX | | | | | | | | | |
| 30. - Pioneer Ser Tr. III Cullen (formerly PIMCO Tot Return Fd) | | | | | | | | | |
| 31. - Pioneer Cullen Value Fund Class C CVCFX | | | | | | | | | |
| 32. - Grant Pk Futures Fd Unit Global Alt Mkts 3 CL Initial | | | | | | | | | |
| 33. - Templeton Global Bond Fund | | | | | | | | | |
| 34. -Oppenheimer Sr Floating Rate Fd | | | | | Buy | 6/8/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 03/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Lord Abbett Bd. Deb C | | | | | Buy | 6/8/12 | J | | |
| 36.  401k #1 | B | Dividend | M | T | | | | | |
| 37.  - SEI Stable Asset | | | | | Sold | 9/26/12 | J | | |
| 38.  - Pimco Total Return A | | | | | Sold | 9/26/12 | J | | |
| 39.  - Vanguard 500 Index Signal | | | | | | | | | |
| 40.  - American Funds Growth Fund of America | | | | | Sold | 9/26/12 | K | | |
| 41.  - Vanguard Windsor II Admiral | | | | | Buy | 4/3/12 | J | | |
| 42.  - Sterling Capital Special Opp | | | | | | | | | |
| 43.  - Keeley Small Cap Value | | | | | Sold | 9/26/12 | J | | |
| 44.  - American Funds Europacifiic R5 | | | | | Sold | 9/26/12 | J | | |
| 45.  - Vanguard REIT Index Signal | | | | | | | | | |
| 46.  - Pimco Total Return Instl | | | | | Buy | 9/26/12 | J | | |
| 47.  - T Rowe Price Blue Chip Growth | | | | | Buy | 9/26/12 | K | | |
| 48.  - Dreyfus Small Cap Stock Index | | | | | Buy | 9/26/12 | J | | |
| 49.  - American Europacific Gr R6 | | | | | Buy | 9/26/12 | J | | |
| 50.  ING Reliastar Variable Life Insurance | | None | J | T | | | | | |
| 51.  - Large Cap Growth Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 03/20/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T Rowe Price Div Mid Cap Grth I Cls | | | | | | | | | |
| 53. - Russell Large Cap Growth Index Port Cl | | | | | | | | | |
| 54. VCSP College America 529 Plan | B | Dividend | L | T | | | | | |
| 55. - American Funds Amcap Fund - 529 fd cl A CAFAX | | | | | | | | | |
| 56. - American Funds EuroPacific Growth Fund - 529A | | | | | | | | | |
| 57. - American Funds The Growth Fund of America - 529A | | | | | | | | | |
| 58. - American Funds SMALLCAP World Fund - 529A | | | | | | | | | |
| 59. - American Funds Captial World Growth and Income - 529A | | | | | | | | | |
| 60. - American Funds Washington Muutal Investors Fund - 529A | | | | | | | | | |
| 61. - American Funds Capital Income Builder - 529A CIRAX | | | | | | | | | |
| 62. - American Funds New World Fund (X) | | | | | | | | | |
| 63. - American Funds Capital World Bond Fund | | | | | Buy | 6/15/12 | J | | |
| 64. BB&T Accounts | A | Interest | K | T | | | | | |
| 65. RBC Bank Accounts | C | Interest | M | T | | | | | |
| 66. State Employees' Credit Union Accounts | C | Interest | M | T | | | | | |
| 67. Wells-Fargo Accounts (formerly known as Wachovia) | A | Interest | K | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 03/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence P. Auld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544